UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MISAEL NAVARRO, | ) | Case No. CV 15-2954 AG(JC) |
| Petitioner, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| C.E. DUCART, | ) ) | JUDGE |
| Respondent. | ) ) | |

_____

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that the Petition is denied as time-barred, that this action is dismissed with prejudice, and that Judgment be entered accordingly.

///

///

///

///

1 IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2 Report and Recommendation, and the Judgment herein on petitioner and any
3 counsel for respondent.

4 IT IS SO ORDERED.

6 DATED: December 31, 2015



_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE