UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MISAEL NAVARRO, | ) | Case No. CV 15-2954 AG(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| C.E. DUCART, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied as time-barred and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: December 31, 2015

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE